McGREGOR W. SCOTT
United States Attorney
S. ROBERT TICE-RASKIN
Assistant U.S. Attorney
EMILY HADEN
Certified Law Clerk, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2739

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 3:08-cr-6 CMK |
| ) | |
| Plaintiff, ) | Stipulation and Order to |
| ) | Continue Briefing Schedule |
| v. ) | |
| ) | Date:  October 30, 2008 |
| AARON J. MAGNANI, ) | Time:  11:30 a.m. |
| ) | Judge: Hon. Craig M. Kellison |
| Defendant. ) | |
| ) | |
| _____ ) | |

It is hereby stipulated and agreed between the United States
and the defendant, CHRISTOPHER C. JOHNSON, by and through his
undersigned counsel, to continue the briefing schedule as follows:

Government's Response due October 20, 2008, Defendant's
Reply, if any, due October 24, 2008, and Motion Hearing on October
30, 2008.

///

///

///

///

///

///

1

The Government requests this continuance because the assigned
law clerk has been out of the office due to illness and has not
had adequate time to respond to the defense's Motion.

All of the above was related to me by law clerk Emily Haden.


DATED: October __, 2008              McGREGOR W. SCOTT
                                     United States Attorney


                             By:  /s/ S. Robert Tice-Raskin
                                  S. ROBERT TICE-RASKIN
                                  Assistant U.S. Attorney


DATED: October __, 2008

                             By:  /s/ Adam B. Ryan
                                  ADAM B. RYAN
                                  Attorney for Defendant




                             O R D E R

IT IS SO ORDERED:



 DATED:  October 24, 2008

                             _____
                             **CRAIG M. KELLISON**
                             UNITED STATES MAGISTRATE JUDGE

2